ORIGINAL
RECEIVED
SEP 15 2008
PRO SE OFFICE
CV08 3872
GERSHON, J
BLOOM, M.J.

Sharon Jones

AGAINST

The City of New York
Dept of Sanitation
Human Rights Commission

Jury Trial
Demand.

Sharon Jones
441 E 116th St
NY NY 10029

The City of New York,
Department of Sanitation
Human Rights Commission

Broadway
NY NY.

1 Fordam Plaza
Bronx NY 10458

This Statement & Claim is a clear and concise statement of facts, the Director of Personnel at the Department of Sanitation stated at trial at the Human Rights Equal Opportunity Trial that was held at 1 Fordam Plaze, Bronx NY 10458, that my name was put on a list and this is why I could not get work.

The Department of Social Affair and the Human Right Commission took (10) Ten years to bring my claim Ms Sharon Jones into Court for and Hearing, but I Never got and Court TrialOnly any Hearing their The Human Rights Commission

I Sharon Jones put my claim in 1995, March April I didn't get and Trial Date until 2004

The Trial didn't get start until 2005 and in 2006 in received the Decision that the case was dismissed. My Judge Ronald A. Gregg, Administrative Law Judge

Base on the length of time that the Human Rights Commission took to get the claim on the Calendar. I Sharon Jones should have won my case by written and on the fact that the MCB run true Money my case was Tampered

with and Delay. (10) Ten
Years to getting court unheard

9. Seek in damage. 5. five
million Dollars